IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RODNEY WILSON,

    Petitioner,

v.                                             CASE NO. 4:05-cv-00424-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This cause is before the Court on Doc. 1, "Emergency Petition for Writ of Habeas Corpus." It appears that Petitioner is in pretrial custody and has not been convicted of the charges at issue. Any relief in federal court would therefore be pursuant to 28 U.S.C. § 2241 following exhaustion of remedies, and thus, this petition will be treated as one brought pursuant to § 2241. *Hughes v. Attorney General*, 377 F.3d 1258, 1261-62 & 1262 n.3 & 4 (11th Cir. 2004), *cert. denied*, 125 S.Ct. 881 (2005).

Under that circumstance, the appropriate respondent is the person having custody of Petitioner in Jacksonville, Florida. There is not now and never has been any connection between the charges pending against Petitioner in Duval County, Florida, and this district. Thus, transfer to appropriate.

Accordingly, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, Doc. 1, be **TREATED** as a petition filed pursuant to 28 U.S.C. § 2241, and that it be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **14th** day of November, 2005.

        s/ A. KORNBLUM
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**