IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODNEY WILSON,

    Petitioner,

v.                                CASE NO. 4:05-cv-00424-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendation of the Magistrate Judge, recommending that the petition in this case be treated as a § 2241 petition and that the case be transferred to the United States District Court for the Middle District of Florida. No objections were filed. The Court agrees with the Magistrate Judge that since petitioner is a pre-trial detainee, his relief could only be granted via § 2241, not § 2255. Additionally, there is no connection to this forum, since the charges are from Duval County. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The Clerk is directed to transfer this action to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this   *5th*  day of January, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge